710 A.2d 1013

IN THE MATTER OF SCOTT E. KAPLAN, AN ATTORNEY AT LAW.

June 18, 1998.

**ORDER**

The Disciplinary Review Board on March 4, 1998, having filed with the Court its decision concluding that **SCOTT E. KAPLAN**

14

of **BORDENTOWN**, who was admitted to the bar of this State in 1977, should be suspended from the practice of law for a period of three years based on his criminal conviction on one count of wire fraud, in violation of 18 *U.S.C.A.* §§ 1343 and 2;

And **SCOTT E. KAPLAN** having petitioned the Court for review of the decision of the Disciplinary Review Board;

And good cause appearing;

It is ORDERED that the petition for review is granted; and it is further

ORDERED that **SCOTT E. KAPLAN** is hereby suspended from the practice of law for a period of two years, retroactive to July 9, 1996, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.